UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

.                                                                                    CIVIL ACTION No. 05-10260 GAO

| | |
|---|---|
| CARE REALTY FUNDING, LLC AND | ) |
| 265 ESSEX STREET, LLC | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) |
| JOHN G. ALBERT | ) |
| | ) |
| Defendant | ) |

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Fed.R.Civ.P. 65, the Plaintiffs, Care Realty Funding, LLC ("Funding") and 265 Essex Street, LLC (the "Landlord") request that this Court issue a Preliminary Injunction against the Defendant, John G. Albert ("Albert"), to prevent him from dissipating assets.  For the reasons set forth in their accompanying memorandum of law,  Plaintiffs respectfully request that the Court grant this Motion.

This matter was initially filed in the Superior Court of Essex County  and a hearing on Plaintiffs' motion for preliminary injunction was scheduled for February 10, 2005.  On February 9, 2005, Defendant removed the state court matter to this Court. Plaintiffs have been advised that despite removal almost one week ago, certified records and proceedings in the state court action, including Plaintiffs' motion for preliminary injunction, have not been provided to Defendant and have not been filed with this Court. Given this delay and the need for injunctive relief, Plaintiffs have filed this motion directly with this Court.

                    Respectfully submitted,

                    CARE REALTY FUNDING, LLC,
                    265 ESSEX STREET, LLC
                    By their attorneys,

                    /s/Mark M. Mulligan
                    _____
                    Melvin Hoffman (BBO#237120)
                    Charles P. Kindregan (BBO#554947)
                    Mark M. Mulligan (BBO#559431)
                    Looney & Grossman LLP
                    101 Arch Street
                    Boston, MA  02110
                    (617) 951-2800

Dated: February 15, 2005

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULES

      Pursuant to Local Rule 7.1, I hereby certify that I have conferred with counsel for Albert and attempted in good faith the resolve and narrow the disputed issues now brought before the court.  Specifically, I spoke on several occasions with Attorney Nicholas J. Nesgos by telephone.

                                        _____S_____
                                        _____
                                        Mark M. Mulligan