UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| . | CIVIL ACTION No. 05-10260 GAO |

CARE REALTY FUNDING, LLC AND )
265 ESSEX STREET, LLC )
        Plaintiffs, )
v. )
JOHN G. ALBERT )
        Defendant )

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, Plaintiffs hereby identify their parent company as Care Realty LLC and further state that no publicly held company owns 10% or more of either Plaintiff. Also, as stated in the Verified Complaint, Plaintiff Care Realty Funding, LLC and Plaintiff 265 Essex Street, LLC are affiliates.

        Respectfully submitted,

        CARE REALTY FUNDING, LLC,
        265 ESSEX STREET, LLC
        By their attorneys,

        /s/Mark M. Mulligan
        _____
        Melvin Hoffman (BBO#237120)
        Charles P. Kindregan (BBO#554947)
        Mark M. Mulligan (BBO#559431)
        Looney & Grossman LLP
        101 Arch Street
        Boston, MA 02110
        (617) 951-2800

Dated: February 15, 2005

L:\13348\\Pld\11

L:\13348\\Pld\11