UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| . | CIVIL ACTION No. 05-10260 GAO |
| CARE REALTY FUNDING, LLC AND ) <br> 265 ESSEX STREET, LLC ) <br>   ) <br>   Plaintiffs, ) <br> v. ) <br>   ) <br> JOHN G. ALBERT ) <br>   ) <br>   Defendant ) |   |

## PLAINTIFFS' NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the plaintiffs voluntarily dismiss without prejudice the Complaint in the above captioned matter. No answer or motion for summary judgment has been filed, so plaintiffs may dismiss voluntarily.

    Respectfully submitted,

    CARE REALTY FUNDING, LLC,
    265 ESSEX STREET, LLC
    By their attorneys,

    /s/Mark M. Mulligan
    _____
    Melvin Hoffman (BBO#237120)
    Charles P. Kindregan (BBO#554947)
    Mark M. Mulligan (BBO#559431)
    Looney & Grossman LLP
    101 Arch Street
    Boston, MA  02110
    (617) 951-2800

Dated: February  23, 2005

L:\13348\\Pld\13